478 A.2d 93

Commonwealth v. Garret, Appellant.

Petition for Allowance of Appeal
Denied Oct. 25, 1984.

Submitted February 24, 1984. Jeffery M. Cook, Assistant Public Defender, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for appellee.

Before SPAETH, P.J., and CIRILLO and CERCONE, JJ.

Order affirmed.